Peter N. Wang
Yonaton Aronoff
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
(212) 682-7474
(212) 687-2329 fax

Frank W. DiCastri
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
(414) 271-2400
(414) 297-4900 fax

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| TOM ARMA, TOM ARMA STUDIO, INC. & TOM ARMA COSTUMES, INC., | |
| Plaintiffs, | |
| v. | Case No. 07-CV-10967 |
| BUYSEASONS, INC., BUYCOSTUMES & JALEM GETZ, | Honorable Robert W. Sweet |
| Defendants. | |

### REVISED STIPULATION AND ORDER

WHEREAS, Plaintiffs filed their Complaint on December 3, 2007,

WHEREAS, Defendants are required to move, answer, or otherwise respond with respect to the Complaint by January 7, 2008;

WHEREAS, Plaintiffs subsequently have informed Defendants that they will be filing an Amended Complaint on or before January 11, 2008;

NYC_53200.2

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned, that the time for Defendants to move, answer, or otherwise respond with respect to Plaintiffs' Amended Complaint is extended to and including January 31, 2008.

Dated: New York, New York
       January 7, 2008

FOLEY & LARDNER LLP                    LAW OFFICES OF EDWARD GREENBERG

By:   /s/ Yonaton Aronoff         By:   /s/ Edward C. Greenberg
      Yonaton Aronoff (YA 3492)         Edward C. Greenberg (EG 5553)
      90 Park Avenue                    100 Park Avenue
      New York, New York 10016          33rd Floor
      Tel: (212) 682-7474               New York, New York 10017
                                        Tel: (212) 697-8777
      Frank W. DiCastri
      777 E. Wisconsin Avenue           *Attorneys for Plaintiffs*
      Milwaukee, WI 53202
      Tel: (414) 271-2400

      *Attorneys for Defendants*

SO ORDERED:
Dated: January 9, 2008

/s/ Sweet
Honorable Robert W. Sweet

2

NYC_53200.2