UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOM ARMA, TOM ARMA STUDIO, INC. & TOM ARMA COSTUMES, INC., ) ) ) ) Plaintiffs, ) ) v. ) ) BUYSEASONS, INC., BUYCOSTUMES & ) JALEM GETZ, ) ) Defendants. ) ) | Case No. 07-CV-10967<br><br>Honorable Robert W. Sweet |

## AFFIDAVIT OF JALEM GETZ

I, Jalem Getz, being duly sworn upon oath, state as follows:

1.  I am an individual residing in the State of Wisconsin, within the area encompassed by the judicial district known as the Eastern District of Wisconsin, and a named defendant in the above-captioned cause of action. I have personal knowledge of the matters set forth herein, and if called as a witness in this matter I could and would testify to the same. I submit this affidavit in support of the Defendants' Motions to Dismiss or to Transfer Venue in this case.

2.  I am employed as the President of Defendant Buyseasons, Inc. ("Buyseasons"), an internet costume retailer with its principal web site located at www.buycostumes.com (the "Web Site").[1] Buyseasons is a Delaware corporation with its principal place of business in New Berlin, Wisconsin. Buyseasons does not have (nor has it ever had) an office in the State of New York.

---

[1] I understand that Plaintiffs have named "Buycostumes" as a defendant in this case. "Buycostumes" is merely the brand name for Buyseasons, Inc.'s Web Site. It is not a separate legal entity.

3. I do not own any shares of stock in Buyseasons. I have certain value appreciation rights in Buyseasons which are triggered by certain events such as a "change in control," but I do not have any direct ownership in Buyseasons. Buyseasons is a wholly owned subsidiary of Liberty Media, Inc. I own certain shares of stock in Liberty Media, Inc., but I am by no means a controlling shareholder of that company.

4. From May 2004 to November 15, 2007, Buyseasons and Plaintiff Tom Arma Costumes, Inc. were parties to an "Exclusive On-Line Distribution Agreement" (the "<u>Distribution Agreement</u>") by which Buyseasons distributed Tom Arma brand costumes on the Web Site. The Distribution Agreement expired on its own terms on November 15, 2007.

5. The Web Site was created and is maintained in the State of Wisconsin. Servers used by Buyseasons are located in Portland, Oregon. Any material related to this lawsuit which appeared on the Web Site was placed there by Wisconsin employees of Buyseasons.

6. I personally do not transact business in the state of New York. Specifically, I do not personally do or solicit business in the State of New York, nor do I engage in any other persistent course of conduct in New York. Since November 15, 2007, when the Distribution Agreement expired, I have been to New York only once for personal reasons having nothing to do with Buyseasons, the Plaintiffs, or their businesses.

7. Buyseasons has never acted as my personal agent in the State of New York or anywhere else. I personally do not derive substantial revenue from goods used or consumed, or service rendered, in New York. Nor do I personally derive substantial revenue from interstate or international commerce.

8. I do not reside in New York, nor do I own, use or possess any real property in New York.

MILW_2748277.1

9.  To the best of my knowledge, Plaintiffs Tom Arma Costumes, Inc. and Tom Arma Studio, Inc. have been incorporated in the State of Arizona since June 2005. *See* Articles of Incorporation attached as <u>Exhibit A</u>. Since that time, Buyseasons payments made pursuant to the Distribution Agreement and Buyseasons correspondence and phone calls relating thereto has been directed to Arizona. Similarly, correspondence and phone calls from the Plaintiffs has come from Arizona, not New York.

10. Since the date of filing of Plaintiffs' Complaint and before, Buyseasons has acted to remove allegedly infringing copyrighted and trademarked material from the Web Site and any other web sites owned by Buyseasons. As of the date of Plaintiffs' Complaint or shortly thereafter, I believe Buyseasons has addressed all of Plaintiffs' alleged copyright and trademark infringements by removing the allegedly infringing material from the internet. To the extent that any other Tom Arma copyrighted or trademarked material continues, unknown to Defendants, to appear on the Web Site or other Buyseasons' web sites, Buyseasons will act promptly to remove the same.

11. Based on the allegations in Plaintiffs' Amended Complaint, the primary witnesses in this case will likely be me, other Wisconsin employees of Buyseasons, Tom Arma, and Tom Arma's wife, who plays a substantial role in Plaintiffs' businesses. All Buyseasons' witnesses are located in Wisconsin. Upon information and belief, all of Plaintiffs' witnesses are located in Arizona. Most of the documents and other sources of proof in this case will also be located in Wisconsin, in light of the fact that Buyseasons operates and maintains its Web Site from Wisconsin, and has its corporate offices in Wisconsin.

Dated this /4/<sup>TH</sup> day of January, 2008.          JALEM GETZ

Subscribed and sworn to
Before me this 14 day of January, 2008

_____B Garecki_____
Notary Public

My commission expires on 9/26/10

4

06/19/2006 22:02   2123956350          CAROL

AZ Corp. Commission
01249252

AZ CORPORATION COMMISSION
FILED

JUN 20 2005    "EXP"

FILE NO: 1210864-0

ARTICLES OF INCORPORATION

OF

TOM ARMA COSTUMES, INC.

The undersigned, being natural persons capable of contracting, acting as incorporators in adopting the following Articles of Incorporation for the purpose of incorporating a corporation (hereinafter referred to as "Corporation") for profit pursuant to the provisions of the Arizona Business Corporation Act:

**Article I:** The name of the corporation shall be TOM ARMA COSTUMES, INC.

**Article II:** The purposes for which the corporation is organized is the transaction of any or all lawful business for which corporations may be incorporated under the provisions of the Arizona Business Corporation Act, as they may be amended from time to time.

**Article III:** The corporation's initial business it intends to conduct in the State of Arizona is as follows: creation and licensing of photographic images.

**Article IV:** The total number of shares which the corporation shall have authority to issue is 1,000, all of which are without par value and classified as Common shares.

**Article V:** The street address of the known place of business of the corporation in the State of Arizona is 7 Cerro Pelon Lane, Tubac, AZ 85646

**Article VI:** No holder of any of the shares of the corporation shall, as such holder, have any right to purchase or subscribe for any shares of any class which the corporation may issue or sell, whether or not such shares are exchangeable for any shares of the corporation of any other class or classes, and whether such shares are issued out of the number of shares authorized by the Articles of Incorporation of the corporation as originally filed, or by any amendment thereof, or out of shares of the corporation acquired by it after the issue thereof; nor shall any holder of any of the shares of the corporation, as such holder, have any right to purchase or subscribe for any obligations which the corporation may issue or sell that shall be convertible into, or exchangeable for, any shares of the corporation of any class or classes, or to which shall be attached or shall appertain any warrant or warrants or other instrument or instruments that shall confer upon the holder thereof the right to subscribe for, or purchase from the corporation, any shares of any class or classes.

**Article VII:** The name and address of the initial statutory agent are National Registered Agents, Inc., 1850 North Central Avenue, Suite 1160, Phoenix, AZ 85004.


1028846
$ PAID
#4557

06/15/2005  22:02   2123556935    CAROL    PAGE 10

—1210866-0

Article VIII:   The initial Board of Directors shall consist of one (1) Director.

The person who is to serve as Director until the first annual meeting of shareholders or until his successor is elected and qualified, is:

**NAME**                              **ADDRESS**

TOM ARMA                        7 Cerro Pelon Lane, Tubac, AZ 85646

Article IX:   The name and the address of the sole incorporator of the corporation is as follows:

**NAME**                              **ADDRESS**

ROBERT I. REICHER              50 East 42nd Street, New York, NY 10017

Article X:   The personal liability of all of the directors of the corporation to the corporation or its shareholders for money damages in any action taken or failure to take any action hereby eliminated except liability for any of the following actions:
   (a)   The amount of a financial benefit received by a director to which the director is not entitled.
   (b)   An intentional infliction of harm on the corporation or its shareholder.
   (c)   A violation of section 10-833 of the Arizona Corporation Act.
   (d)   An intentional violation of criminal law.

Article XI:   The period of duration of the corporation shall be perpetual.

Article XII:   Cumulative voting shares of stock is authorized in the election of directors, and a plurality of the votes cast at a meeting at which a quorum is present shall elect.

Article XIII:   The Corporation shall indemnify any person who incurs expenses or liabilities by reason of the fact he or she is or was an officer, director, employee, or agent of the Corporation or is or was serving at the request of the corporation as a director, officer, employee or agent of another Corporation, partnership, joint venture, trust or other enterprise. This indemnification shall be mandatory in all situations which

05/19/2005  22:02   21235563350                CARL                              PAGE  11

—12108666-0.

Indemnification is permitted by law.

Dated this 17 day of June, 2005.

[signature]

Robert J. Reicher, Sole Incorporator

AZ Corp. Commission
01249253

AZ CORPORATION COMMISSION
FILED
"EXP" JUN 20 2005
FILE NO. 1210867-39

ARTICLES OF INCORPORATION

OF

TOM ARMA, INC.

The undersigned, being natural persons capable of contracting, acting as incorporators in adopting the following Articles of Incorporation for the purpose of incorporating a corporation (hereinafter referred to as "Corporation") for profit pursuant to the provisions of the Arizona Business Corporation Act:

Article I: The name of the corporation shall be TOM ARMA, INC.

Article II: The purposes for which the corporation is organized is the transaction of any or all lawful business for which corporations may be incorporated under the provisions of the Arizona Business Corporation Act, as they may be amended from time to time.

Article III: The corporation's initial business it intends to conduct in the State of Arizona is as follows: creation and licensing of photographic images.

Article IV: The total number of shares which the corporation shall have authority to issue is 1,000, all of which are without par value and classified as Common shares.

Article V: The street address of the known place of business of the corporation in the State of Arizona is 7 Corto Pekoi Lane, Tubac, AZ 85646

Article VI: No holder of any of the shares of the corporation shall, as such holder, have any right to purchase or subscribe for any shares of any class which the corporation may issue or sell, whether or not such shares are exchangeable for any shares of the corporation of any other class or classes, and whether such shares are issued out of the number of shares authorized by the Articles of Incorporation of the corporation as originally filed, or by any amendment thereof, or out of shares of the corporation acquired by it after the issue thereof; nor shall any holder of any of the shares of the corporation, as such holder, have any right to purchase or subscribe for any obligations which the corporation may issue or sell that shall be convertible into, or exchangeable for, any shares of the corporation of any class or classes, or to which shall be attached or shall appertain any warrant or warrants or other instrument or instruments that shall confer upon the holder thereof the right to subscribe for, or purchase from the corporation any shares of any class or classes.

Article VII: The name and address of the initial statutory agent are National Registered Agents, Inc., 1850 North Central Avenue, Suite 1160, Phoenix AZ 85004.

Article VIII: The initial Board of Directors shall consist of one (1) Director.

I



1028849
$ PAID
# 4360

—1210869-3

The person who is to serve as Director until the first annual meeting of shareholders or until his successor is elected and qualified, is:

| NAME | ADDRESS |
|---|---|
| TOM ARMA | 7 Cerro Pelon Lane, Tubac, AZ 85646 |

Article IX:  The name and the address of the sole incorporator of the corporation is as follows:

| NAME | ADDRESS |
|---|---|
| ROBERT J. REICHER | 50 East 42nd Street, New York, NY 10017 |

Article X:  The personal liability of all of the directors of the corporation to the corporation or its shareholders for money damages in any action taken or failure to take any action hereby eliminated except liability for any of the following actions:
   (a) The amount of a financial benefit received by a director to which the director is not entitled.
   (b) An intentional infliction of harm on the corporation or its shareholder.
   (c) A violation of section 10-833 of the Arizona Corporation Act.
   (d) An intentional violation of criminal law.

Article XI:  The period of duration of the corporation shall be perpetual.

Article XII:  Cumulative voting shares of stock is authorized in the election of directors, and a plurality of the votes cast at a meeting at which a quorum is present shall elect.

Article XIII:  The Corporation shall indemnify any person who incurs expenses or liabilities by reason of the fact he or she is or was an officer, director, employee, or agent of the Corporation or is or was serving at the request of the corporation as a director, officer, employee or agent of another Corporation, partnership, joint venture, trust or other enterprise. This indemnification shall be

2

−1210869-3

mandatory in all situations which indemnification is permitted by law.

Dated this 17 day of June, 2005

_____
Robert N. Reicher, Sole Incorporator

3

Arizona Corporation Commission
01/16/2008                State of Arizona Public Access System                1:02 PM

## Jump To...

| Annual Reports | Scanned Documents | Documents Waiting To Be Examined | Amendments | Notices of Pending Administrative Dissolution | Administrative Dissolutions and Reinstatements | Microfil |

### Corporate Inquiry

| File Number: -1210869-3 | Check Corporate Status |
| Corp. Name: TOM ARMA STUDIO, INC. | |

### Domestic Address

| P.O. BOX 3091 |
| TUBAC, AZ 85646-3091 |

### Statutory Agent Information

| Agent Name: NATIONAL REGISTERED AGENTS INC |
| |
| Agent Mailing/Physical Address: |
| 638 N 5TH AVENUE |
| PHOENIX, AZ 85003 |
| |
| Agent Status: APPOINTED 06/20/2005 |
| Agent Last Updated: 07/05/2006 |

### Additional Corporate Information

| Corporation Type: BUSINESS | Business Type: PHOTOGRAPHY |
| Incorporation Date: 06/20/2005 | Corporate Life Period: PERPETUAL |
| Domicile: ARIZONA | County: SANTA CRUZ |
| Approval Date: 06/20/2005 | Original Publish Date: 08/22/2005 |

### Officer Information

| TOM ARMA PRESIDENT | JULIE ARMA SECRETARY |

```
P.O. BOX 3091
TUBAC, AZ   85646-3091
Date of Taking Office: 06/20/2005
Last Updated: 12/20/2007
```

```
P.O. BOX 3091
TUBAC, AZ   85646-3091
Date of Taking Office: 06/20/2005
Last Updated: 12/20/2007
```

## Director Information

```
TOM ARMA
DIRECTOR
P.O. BOX 3091
TUBAC, AZ   85646-3091
Date of Taking Office: 06/20/2005
Last Updated: 12/20/2007
```

## Annual Reports

**Next Annual Report Due: 06/20/2008**

E-FILE An Annual Report Online  << Click Here

FORMS For Annual Reports To Be Printed And Mailed << Click Here

| File Year | File Month | Date Received | Reason Returned | Date Returned | Extension |
|---|---|---|---|---|---|
| 2007 | 06 | 12/19/2007 | | | |
| 2006 | 06 | 12/19/2007 | | | |

Back To Top

## Scanned Documents
(Click on gray button to view document)

| Document Number | Description | Date Received |
|---|---|---|
| 01249253 | ARTICLES | 06/20/2005 |
| 01310465 | PUB OF ARTICLES | 08/22/2005 |
| 02261458 | 06 ANNUAL REPORT | 12/19/2007 |
| 02261467 | 07 ANNUAL REPORT | 12/19/2007 |
| 02252591 | PUB OF MERGER | 12/26/2007 |

Back To Top

## Documents Waiting To Be Examined

| Date Received | Description | Expedited |
|---|---|---|
| 01/02/2008 | CHANGE(S) | No |

Back To Top

## Amendments

| Amendment Date | Amendment Type | Publish Date | Publish Exception |
|---|---|---|---|
| 11/22/2005 | NAME CHANGE | | WAIVE |

Back To Top

## Notices of Pending Administrative Dissolution

(Click on gray button - if present - to view notice)

| Date | Reason |
|---|---|
| 12/11/2006 | DELINQUENT ANNUAL REPORT |

Back To Top

## Administrative Dissolutions and Reinstatements

(Click on gray button - if present - to view notice)

| Administrative Dissolution Date | Administrative Dissolution Reason | Reinstatement Date |
|---|---|---|
| 09/28/2007 | AD-DISSOLVED - FILE A/R | 12/19/2007 |

Back To Top

## Name Changes / Mergers

| Description | Corporation Name | Date |
|---|---|---|
| CHANGED FROM | TOM ARMA, INC. | 11/22/2005 |
| MERGED FROM | TOM ARMA STUDIO, INC. | 11/22/2005 |

## Microfilm

| Location | Date Received | Description |
|---|---|---|

http://starpas.azcc.gov/scripts/cgiip.exe/WService=wsbroker1/corp-detail.p?name-id=121...  01/16/2008

Ariz. Corp. Comm. -- Corporations Division  Page 4 of 4

Case 1:07-cv-10967-RWS    Document 9-2    Filed 01/22/2008    Page 10 of 12

| 31877001781 | 06/20/2005 | ARTICLES |
| 11737001029 | 11/22/2005 | MERGER |
| 11750013015 | 04/21/2006 | 2006 ANNUAL REPORT/MAIL RETURN |
| 11769028012 | 01/12/2007 | DELINQUENT NOTICE/MAIL RETURN |

Back To Top

- Corporate Name Search Instructions
- General Web Site Usage Instructions
- Return to STARPAS Main Menu
- Return to A.C.C. Corporations Division Main Page
- Return to Arizona Corporation Commission Home Page