UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOM ARMA, TOM ARMA STUDIO, INC. & TOM ARMA COSTUMES, INC.,    Plaintiff,<br><br>-v-<br><br>BUYSEASONS, INC., BUYCOSTUMES & JALEM GETZ,<br>                                                              Defendant. | Case No. 07 - CV - 10967<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DEFENDANTS BUYSEASONS, INC. AND JALEM GETZ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Defendant Buyseasons, Inc. is a wholly owned subsidiary of Liberty Media Corporation, a publicly traded Delaware corporation. Liberty Media's most recent Schedule 13G, filed with the Securities and Exchange Commission, shows that Capital Research and Management Company beneficially owns approximately 10% of the shares in at least one class of Liberty Media's stock. The Schedule also shows that The Growth Fund of America beneficially owns approximately 6% of the shares in at least one class of Liberty Media's stock. Buyseasons will update this disclosure if additional information becomes available.

NOTE: "Buycostumes" is improperly named as a defendant in this case. Buycostumes is not a separate legal entity, but merely the brand name for Buyseasons, Inc.'s web site, www.buycostumes.com.

**Date:** January 22, 2008

Signature of Attorney

**Attorney Bar Code:** 3492