Peter N. Wang (#9216)
Yonaton Aronoff (#3492)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
(212) 682-7474
(212) 687-2329 fax

Frank W. DiCastri
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
(414) 271-2400
(414) 297-4900 fax

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOM ARMA, TOM ARMA STUDIO, INC. & TOM ARMA COSTUMES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BUYSEASONS, INC., BUYCOSTUMES & JALEM GETZ, <br><br> Defendants. | Case No. 07-CV-10967 (RWS) |

**AFFIDAVIT OF SERVICE**

Sarah Jeffers, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at 201 50th Avenue, Long Island City, New York 11101

That on the 22nd of January, 2008, deponent served copies of the **Defendants' Notice of Motion to Dismiss Amended Complaint or Transfer Venue, the Defendants'**

**Memorandum of Law in Support of Motion to Dismiss or to Transfer Venue**, the **Affidavit of Frank W. DiCastri in Support of Motion to Dismiss or Transfer Venue** and accompanying **Exhibits**, the **Affidavit of Jalem Getz** and **accompanying Exhibit**, and the **Rule 7.1 Statement** by electronic mail and the ECF system upon:

>Edward Charles Greenberg
>100 Park Avenue
>33rd Floor
>New York, NY 10017
>ecglaw@aol.com
>*Attorneys for Plaintiffs*

Sworn to before me this
23rd day of January, 2008

_Samantha S. Edite_
Notary Public

Sarah A. Jeffers

SAMANTHA S. EDITE
NOTARY PUBLIC, State Of New York
No. 01ED6068678
Qualified In Kings County
Commission Expires Jan. 14, 20 10

2