SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOM ARMA, TOM ARMA STUDIO, INC. & TOM ARMA COSTUMES, INC., <br> Plaintiffs, <br> - against – <br><br> BUYSEASONS, INC., BUYCOSTUMES & JALEM GETZ <br> Defendants. | 07-CV-10967 (RWS) <br><br> MOTION TO ADMIT <br><br> PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Yonaton Aronoff, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Frank W. DiCastri |
| Firm Name: | Foley & Lardner LLP |
| Address: | 777 E Wisconsin Avenue |
| City/State/Zip: | Milwaukee, WI 53202-5306 |
| Phone Number: | (414) 271-2400 |
| Fax Number: | (414) 297-4900 |

Frank W. DiCastri is a member in good standing in the Bar of the States of Wisconsin and Illinois.

There are no pending disciplinary proceeding against Frank W. DiCastri in any State or Federal court.

Dated: February 4, 2008
City, State: New York, New York

Respectfully submitted,

_____
Yonaton Aronoff
SDNY Bar YA3492
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
Phone: 212.682.7474
Fax: 212.687.2329

SDNY (Rev. 10/2006) Pro Hac Vice Affidavit

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TOM ARMA, TOM ARMA STUDIO, INC. &
TOM ARMA COSTUMES, INC.,
                     Plaintiffs,

- against -

BUYSEASONS, INC., BUYCOSTUMES &
JALEM GETZ
                Defendants.

---

07-CV-10967 (RWS)

**AFFIDAVIT OF**

**YONATON ARONOFF**

**IN SUPPORT OF MOTION**

**TO ADMIT COUNSEL**
**PRO HAC VICE**

State of New York    )
                           ) ss:
County of New York )

Yonaton Aronoff, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Foley & Lardner LLP, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Frank W. DiCastri as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 10, 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Frank W. DiCastri is a partner at Foley & Lardner LLP in Milwaukee, Wisconsin

4. I understand Mr. DiCastri to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure. I know of no reason why Mr. DiCastri should not be admitted pro hac vice.

5. Accordingly, I am pleased to move the admission of Frank W. DiCastri, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Frank W. DiCastri, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Frank W. DiCastri, pro hac vice, to represent Defendants in the above captioned matter, to be granted.

Dated: February 4, 2008
City, State: New York, New York
Notarized: Subscribed to and Sworn Before
       me this of ___ day of February, 2008

*[signature]*

Notary Public
SAMANTHA S. EDITE
NOTARY PUBLIC, State Of New York
No. 01ED6068678
Qualified In Kings County
Commission Expires Jan. 14, 20__

Respectfully submitted,

*[signature]*

Yonaton Aronoff
SDNY Bar Code: YA3492

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TOM ARMA, TOM ARMA STUDIO, INC. &
TOM ARMA COSTUMES, INC.,
                Plaintiffs,
- against –

BUYSEASONS, INC., BUYCOSTUMES &
JALEM GETZ
                Defendants.

07-CV-10967 (RWS)

**ORDER FOR ADMISSION**

**PRO HAC VICE**

**ON WRITTEN MOTION**

Upon the motion of Yonaton Aronoff, attorney for Buyseasons, Inc., Buycostumes & Jalem Getz and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Frank W. DiCastri |
| Firm Name: | Foley & Lardner LLP |
| Address: | 777 E Wisconsin Avenue |
| City/State/Zip: | Milwaukee, WI 53202-5306 |
| Telephone/Fax: | (414) 271-2400 / (414) 297-4900 |
| Email Address: | fdicastri@foley.com |

is admitted to practice pro hac vice as counsel for Buyseasons, Inc., Buycostumes & Jalem Getz in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: February  , 2008
City, State: New York, New York

_____
United States District/Magistrate Judge

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Frank W. DiCastri

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 24, 1998 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Monday, January 28, 2008.

*Juleann Hornyak*
Clerk



# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

David R. Schanker
Clerk

## *CERTIFICATE OF GOOD STANDING*

*I, David R. Schanker, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

**FRANK W. DICASTRI**

*was admitted to practice as an attorney within this state on August 1, 1997 and is presently in good standing in this court.*

Dated: January 29, 2008

DAVID R. SCHANKER
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing

Peter N. Wang (#9216)
Yonaton Aronoff (#3492)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
(212) 682-7474
(212) 687-2329 fax

Frank W. DiCastri
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
(414) 271-2400
(414) 297-4900 fax

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOM ARMA, TOM ARMA STUDIO, INC. & TOM ARMA COSTUMES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BUYSEASONS, INC., BUYCOSTUMES & JALEM GETZ, <br><br> Defendants. | Case No. 07-CV-10967 (RWS) |

### AFFIDAVIT OF SERVICE

Martie P. Kutscher, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at 804 Fernwood Road, Moorestown NJ 08057.

That on the 4th day of February, 2008, deponent served copies of the **Defendants' Motion to Admit Frank W. DiCastri *Pro Hac Vice* and The Affidavit of Yonaton Aronoff in**

NYC_69322.1

**Support of Motion to Admit Counsel Pro Hac Vice with Attached Exhibit** by United States first class mail upon:

> Edward Charles Greenberg
> 100 Park Avenue
> 33rd Floor
> New York, NY 10017
> *Attorneys for Plaintiffs*

Sworn to before me this
4th day of February, 2008

*Samantha S. Edite*
Notary Public

Martie P. Kutscher

SAMANTHA S. EDITE
NOTARY PUBLIC, State Of New York
No. 01ED6068678
Qualified In Kings County
Commission Expires Jan. 14, 20 10

2

NYC_69322.1