SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**SCANNED**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TOM ARMA, TOM ARMA STUDIO, INC. &
TOM ARMA COSTUMES, INC.,
                Plaintiffs,

- against –

BUYSEASONS, INC., BUYCOSTUMES &
JALEM GETZ
                Defendants.

07-CV-10967 (RWS)

**MOTION TO ADMIT**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Yonaton Aronoff, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Frank W. DiCastri |
| Firm Name: | Foley & Lardner LLP |
| Address: | 777 E Wisconsin Avenue |
| City/State/Zip: | Milwaukee, WI 53202-5306 |
| Phone Number: | (414) 271-2400 |
| Fax Number: | (414) 297-4900 |

Frank W. DiCastri is a member in good standing in the Bar of the States of Wisconsin and Illinois.

There are no pending disciplinary proceeding against Frank W. DiCastri in any State or Federal court.

Dated: February 4, 2008
City, State: New York, New York

Respectfully submitted,

*/s/ Yonaton Aronoff*

Yonaton Aronoff
SDNY Bar YA3492
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
Phone: 212.682.7474
Fax: 212.687.2329

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

SDNY (Rev. 10/2006) Pro Hac Vice Affidavit

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TOM ARMA, TOM ARMA STUDIO, INC. &
TOM ARMA COSTUMES, INC.,
          Plaintiffs,
  - against -

BUYSEASONS, INC., BUYCOSTUMES &
JALEM GETZ
          Defendants.

07-CV-10967 (RWS)

**AFFIDAVIT OF**

**YONATON ARONOFF**

**IN SUPPORT OF MOTION**

**TO ADMIT COUNSEL**
**PRO HAC VICE**

---

State of New York    )
                            ) ss:
County of New York  )

Yonaton Aronoff, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Foley & Lardner LLP, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Frank W. DiCastri as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 10, 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Frank W. DiCastri is a partner at Foley & Lardner LLP in Milwaukee, Wisconsin

4. I understand Mr. DiCastri to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure. I know of no reason why Mr. DiCastri should not be admitted pro hac vice.

5. Accordingly, I am pleased to move the admission of Frank W. DiCastri, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Frank W. DiCastri, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Frank W. DiCastri, pro hac vice, to represent Defendants in the above captioned matter, to be granted.

Dated: February 4, 2008
City, State: New York, New York
Notarized: Subscribed to and Sworn Before
        me this of ⁷ day of February, 2008

*Samantha S. Edite*

Notary Public

SAMANTHA S. EDITE
NOTARY PUBLIC, State Of New York
No. 01ED6068678
Qualified In Kings County
Commission Expires Jan. 14, 20 10

Respectfully submitted,

*[signature]*

Yonaton Aronoff
SDNY Bar Code: YA3492

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TOM ARMA, TOM ARMA STUDIO, INC. &      07-CV-10967 (RWS)
TOM ARMA COSTUMES, INC.,
        Plaintiffs,

- against -

                                  **ORDER FOR ADMISSION**

BUYSEASONS, INC., BUYCOSTUMES &               **PRO HAC VICE**
JALEM GETZ,
        Defendants.                       **ON WRITTEN MOTION**

Upon the motion of Yonaton Aronoff, attorney for Buyseasons, Inc., Buycostumes & Jalem Getz and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Frank W. DiCastri |
| Firm Name: | Foley & Lardner LLP |
| Address: | 777 E Wisconsin Avenue |
| City/State/Zip: | Milwaukee, WI 53202-5306 |
| Telephone/Fax: | (414) 271-2400 / (414) 297-4900 |
| Email Address: | fdicastri@foley.com |

is admitted to practice pro hac vice as counsel for Buyseasons, Inc., Buycostumes & Jalem Getz in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: February   , 2008
City, State: New York, New York

                                                  United States District/Magistrate Judge

2-20-08