UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

TOM ARMA, TOM ARMA STUDIO, INC. &
TOM ARMA COSTUMES, INC.,

          Plaintiffs,

   - against -

BUYSEASONS, INC., BUYCOSTUMES &
JALEM GETZ,

          Defendants.

------------------------------------------X

07 Civ. 10967 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

Sweet, D.J.,

      Defendants' Motion to Dismiss the Amended Complaint or Transfer Venue, dated January 22, 2008, will be heard at noon on Wednesday, March 26, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

New York, NY
February 20, 2008

                             ROBERT W. SWEET
                                U.S.D.J.