UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOM ARMA, TOM ARMA STUDIO, INC.
& TOM ARMA COSTUMES, INC.,

Plaintiff,

-v-

BUYSEASONS, INC., BUYCOSTUMES &
JALEM GETZ,

Defendant.

---

Case No. 07 - CV - 10967

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

DEFENDANTS BUYSEASONS, INC. AND JALEM GETZ    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

This Rule 7.1 Statement is a supplement to the disclosure the Defendant BuySeasons, Inc. made on January 22, 2008. Defendant Buyseasons, Inc. is a wholly owned subsidiary of Liberty Media Corporation, a publicly traded Delaware corporation. Liberty Media's most recent Schedule 13G, filed with the Securities and Exchange Commission, shows that Southeastern Asset Management, Inc. owns 13.6% of the Liberty Capital Series A Common Stock and 13.5% of the Liberty Interactive Series A Common Stock.  Buyseasons will update this disclosure if additional information becomes available.

NOTE: "Buycostumes" is improperly named as a defendant in this case.  Buycostumes is not a separate legal entity, but merely the brand name for Buyseasons, Inc.'s web site, www.buycostumes.com.

**Date:** March 5, 2008

**Signature of Attorney**

**Attorney Bar Code:** 3492

Form Rule7_1.pdf  SDNY Web 10/2007