**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| TOM ARMA, TOM ARMA STUDIO, INC. & TOM ARMA COSTUMES, INC.,  Plaintiff,<br><br>-v-<br><br>BUYSEASONS, INC., BUYCOSTUMES & JALEM GETZ,  Defendant. | Case No. 07-CV-10967<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DEFENDANTS BUYSEASONS, INC. and JALEM GETZ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

This Rule 7.1 Statement is a supplement to the disclosures the Defendant Buyseasons, Inc. made on January 22, 2008, and March 5, 2008. Defendant Buyseasons, Inc. is a wholly owned subsidiary of Liberty Media Corporation, a publicly traded Delaware corporation. Liberty Media's most recent Schedule 13G, filed with the Securities and Exchange Commission, shows that ClearBridge Advisors, LLC, a Delaware limited liability company, owns more than 10% of the Liberty Capital Series A Common Stock. Buyseasons will update this disclosure if additional information becomes available.

NOTE: "Buycostumes" is improperly named as a defendant in this case. Buycostumes is not a separate legal entity, but merely the brand name for Buyseasons, Inc.'s web site, www.buycostumes.com.

**Date:** August 29, 2008

/s/ Yonaton Aronoff
**Signature of Attorney**

**Attorney Bar Code:** 3492

Form Rule7_1.pdf   SDNY Web 10/2007